IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHERRITTE MICKLE,            }
                             }
    Plaintiff,                }
                             }   CIVIL ACTION NO.
v.                           }
                             }   03-AR-0524-S
SHONEY'S, INC., d/b/a CAPTAIN }
D'S,                         }
                             }
    Defendant.                }

FILED
03 JUL 29 PM 4:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 29 2003

### MEMORANDUM OPINION

The court has for consideration two post-trial motions. The first is a renewed motion for judgment as a matter of law filed on July 11, 2003, by defendant, Shoney's, Inc., d/b/a Captain D's. The second is a motion for an award of attorney's fees and expenses filed by prevailing plaintiff, Sherritte Mickle, on July 3, 2003.

Defendant's renewed Rule 50 motion will be denied by separate order, the court finding nothing new calling for consideration beyond the consideration already given the issues under Rule 56 and under the original Rule 50 motion.

Plaintiff's motion for an award of attorney's fees and expenses will be only partially granted. The court finds that the requested hourly rate of Hycall Brooks, III should be reduced from $300 to $200, and that the requested hourly rate of Toni J. Braxton should be reduced from $200 to $150. The court will award to plaintiff's counsel one fourth of the total hours they reasonably spent multiplied by their revised hourly rates. The court will not

grant plaintiff her cost for the mediation attempt as a recoverable expense. There were four cases that traveled together. In three of the cases plaintiffs received no relief. A reasonable fee and expense allowance, using this calculation, rounded out, is $20,000.00. Accordingly, the amount of the judgment will, by separate order, be increased by twenty thousand dollars.

The matter of determining the costs to be taxed against defendant, is, under the court's rule, referred to the cost clerk.

DONE this 29th day of July, 2003.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE